**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01544-CMA-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3635 HAZELWOOD COURT, BOULDER, COLORADO,
$5,500.00 IN UNITED STATES CURRENCY, and
$552.00 IN UNITED STATES CURRENCY,

    Defendants.

---

## ORDER TO ADMINISTRATIVELY CLOSE CASE
---

    This matter is before the Court on Claimant Mark Quintin's Unopposed Motion for Stay of Proceedings Pending Resolution of Companion Criminal Action (Doc. # 18). Having reviewed the motion for stay and the case file, the Court hereby

    ORDERS that, in lieu of the request to stay, this case shall be CLOSED ADMINISTRATIVELY, subject to reopening upon the filing of a motion to reopen within 14 days from the date of resolution of the state court case.

    DATED:  October 8, 2009

                                                  BY THE COURT:

                                                */s/ Christine M. Arguello*
                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge