**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01544-CMA-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3635 HAZELWOOD COURT, BOULDER, COLORADO,
$5,500.00 IN UNITED STATES CURRENCY,
$552.00 IN UNITED STATES CURRENCY,

    Defendants.

## ORDER OF DISMISSAL

    This matter is before the Court on the Joint Motion To Dismiss (Doc. # 24), filed by the United States and Claimant Mark Quentin by and through Jon N. Banashek, Esq. The Court having read said motion and being fully advised in the premises, FINDS:

    THAT the United States has commenced this action *in rem* pursuant to 21 U.S.C. § 881;

    THAT the case should be dismissed;

    THAT any attorney's fees incurred by Claimant will be his sole responsibility and obligation;

    THAT each party forever and irrevocably releases the other party from any claims, damages, causes of action, whether in law or in equity, or founded in contract,

tort, or any other legal or equitable theory with respect to the Defendant property in this forfeiture action.

THAT based upon the facts and verification set forth in the Verified Complaint, there was reasonable cause for the seizure and arrest of the Defendant property.

NOW THEREFORE, IT IS ORDERED that this action is DISMISSED and a Certificate of Reasonable Cause, which this order constitutes, is granted pursuant to 28 U.S.C. § 2465.

SO ORDERED this  6   day of August, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge